Jarod Bona (234327)
jarod.bona@bonalawpc.com
Aaron Gott (314264)
aaron.gott@bonalawpc.com
Bona Law PC
4275 Executive Square, Suite 200
La Jolla, CA 92037
858.964.4589
858.964.2301 (fax)

*Counsel for Defendant JHB Companies LLC*
*[Additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Brianna Rivera, *Plaintiff*, v. JHB Companies LLC et al., *Defendants*. | Case No. 2:19-cv-04311-VAP-JCx **Stipulation to Extend Time to Respond to Complaint** |

Defendant JHB Companies, LLC and plaintiff Brianna Rivera hereby stipulate to an extension the time for defendant's response to the complaint and request an order from the Court as follows:

1. Plaintiff filed its complaint May 17, 2019.

2. Defendant's response to the complaint was originally due June 11, 2019.

3. The Court granted a stipulated 30-day extension of time for defendant to respond to the complaint. Dkt. 14. The current due date is July 11, 2019.

4. On June 28, 2019, the Court issued an order requiring plaintiff to show cause why this action should not be dismissed for lack of subject matter jurisdiction by July 12, 2019. Dkt. 16.

5. Defendant's response to the complaint will not be necessary if plaintiff fails to show cause.

6. In fact, defendant submits that plaintiff cannot in good faith allege any facts to support her conclusory allegation that the amount in controversy exceeds $5,000,000. Even if the class action swept up all sales to California residents from defendant's inception

to the present, plaintiff would still be millions of dollars short of the jurisdictional requirement under 28 U.S.C. § 1332(d)(2).

7.     Therefore, good cause exists for the requested extension.

8.     Accordingly, defendant requests that the Court extend its time to respond to the complaint until 14 days after the Court issues a decision on plaintiff's show-cause submission.

9.     Counsel for defendant attempted to contact counsel for plaintiff, Scott Ferrell, first on July 3, 2019. On July 8, Mr. Ferrell responded by email with his consent to an extension of time.

WHEREFORE, the parties stipulate to and request an order extending the deadline for defendant's responsive pleading until 14 days after the Court's decision on plaintiff's response to the show-cause order.

Respectfully submitted,

DATED: July 9, 2019            Bona Law PC

*/s/ Aaron Gott*
AARON GOTT

Aaron Gott
4275 Executive Square, Suite 200
La Jolla, CA 92037
858.964.4589
858.964.2301 (fax)

aaron.gott@bonalawpc.com

*Counsel for Defendant JHB Companies, LLC*

Under Local Rule 5-4.3.4.3(a)(2)(i), I, Aaron Gott, do hereby attest that all signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: July 9, 2019			Pacific Trial Attorneys

*/s/ Scott J. Ferrell*
SCOTT J. FERRELL

Scott J. Ferrell
4100 Newport Place, Suite 800
Newport Beach, CA 92660
sferrell@pacifictrialattorneys.com
949.706.6464
949.706.6469 (fax)

*Counsel for Plaintiff Brianna Rivera*

# DECLARATION OF AARON GOTT

I, Aaron Gott, in support of the motion to extend time to respond to the complaint, declare as follows:

1. I am a Partner at Bona Law PC, counsel for defendant JHB Companies, LLC, in the above-captioned matter.

2. On June 28, 2019 the Court issued an order requiring plaintiff to show cause why this action should not be dismissed for lack of subject matter jurisdiction.

3. As the Court explained in the order, the case was filed on the basis of class action diversity jurisdiction under 28 U.S.C. § 1332(d)(2). Among other requirements of that provision, the amount in controversy must exceed $5,000,000 exclusive of interest and costs. § 1332(d)(2).

4. Plaintiff alleges a class of "all persons in California who, within the applicable statute of limitations period up to and including the date of judgment in this action, purchased subscriptions for products . . . from JHB Companies LLC." Dkt. 1, ¶ 1.

5. Plaintiff alleges that the amount in controversy exceeds $5 million but does not provide any supporting factual detail for its assertion. Dkt. 1 at 4; *see also* Dkt. 16 at 1.

6. Defendant submits that plaintiff cannot in good faith allege that the amount in dispute is more than $5 million because Defendant's total revenues in California since its inception in 2012 are significantly less than $5 million, let alone its total revenues from the proposed class as alleged.

7. On July 3, 2019, Matthew Riley of Bona Law phoned Mr. Scott Ferrell, counsel for plaintiff, to request an extension in light of the show-cause order. Mr. Ferrell was not available.

8. After follow-up attempts from Mr. Riley, Mr. Ferrell responded by email July 8, 2019 that he consents to the requested extension. A partner of Mr. Ferrell's approved the stipulation as to its content July 9, 2019.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 9th day of July 2019, at Fallbrook, California.

                Bona Law PC

                */s/ Aaron Gott*
                Aaron Gott

# DECLARATION OF SERVICE

I am employed in San Diego County. I am over the age of 18 and not a party to the within action. My business address is 4275 Executive Square, Suite 200, La Jolla, California 92037. On July 9, 2019, I caused to be served via CM/ECF a true and correct copy of the Stipulation to Extend Time to Respond to Complaint:

The CM/ECF system will generate a "Notice of Electronic Filing" (NEF) to the filing party, the assigned judge and any registered user in the case. The NEF will constitute service of the document for purposes of the Federal Rules of Civil, Criminal and Appellate Procedure.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of July 2019 at San Diego, California.

_____
Gabriela Hamilton