PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANNA RIVERA, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>JHB COMPANIES LLC, a Florida limited liability company; and DOES 1 – 10, inclusive,<br><br>        Defendants. | Case No. 2:19-cv-4311-VAP-JC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL *WITHOUT* PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Brianna Rivera ("Plaintiff") dismisses *without* prejudice this action against Defendant JHB Companies LLC ("Defendant"). No class has been certified in this action so the dismissal is *without* prejudice to both Plaintiff and the putative class. Defendant has not filed or served an answer or a motion for summary judgment.

Dated: July 12, 2019          PACIFIC TRIAL ATTORNEYS, APC

                              By: */s/ Scott J. Ferrell*
                              Scott. J. Ferrell
                              Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2019, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.